36

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Lewis Stallworth

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

EVANS Distribution

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:22-cv-11727
Judge: Hood, Denise Page
MJ: Ivy, Curtis
Filed: 07-26-2022 At 02:35 PM
CMP STALLWORTH V. EVANS DISTRIBUTIO
N ET AL (NA)

(to be filled in by the Clerk's Office)

Jury Trial:     ☐ Yes   ☐ No
                *(check one)*

## Complaint for Employment Discrimination

1) HAVE filed NUMEROUS GREIVANCES

#29083 - 4.27.21
#32698 - 5-4.21
#32699 - 5-7-21
#32697 - 6-4-21
#32704   6-18-21

I want MY Job. I NEED MY Job.
I COME to WORK EVERY day on time
BUH I'm HAVING DIFFICUH time,
the HARASSMENT IS VERY DIFFICUH
to ENDURE.

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Lewis Stallworth |
| Street Address | 3397 Beatrice |
| City and County | Detroit, MI Wayne |
| State and Zip Code | Michigan 48214 |
| Telephone Number | (313) 998-4204 |
| E-mail Address | |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Evans Distribution |
| Job or Title (if known) | |
| Street Address | 18765 Seaway Dr. |
| City and County | Melvindale |
| State and Zip Code | Mich 48122 |
| Telephone Number | (313) 388-3200 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Patrick Swanek |
| Job or Title (if known) | Human Resources Pres. |
| Street Address | 18765 Seaway Dr. |
| City and County | Melvindale MI |
| State and Zip Code | Mich 48122 |
| Telephone Number | (313) 388-3200 |
| E-mail Address (if known) | |

2

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

Defendant No. 3

Name — *Richard*

Job or Title (if known) — *MANAGEMENT*

Street Address — *18765 SEAWAY DR,*

City and County — *Melvindale*

State and Zip Code — *Michigan 48122*

Telephone Number —

E-mail Address (if known) —

Defendant No. 4

Name —

Job or Title (if known) —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address (if known) —

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name — *EVANS DISTRIBUTION/*

Street Address — *18765 SEAWAY DR.*

City and County — *Melvindale*

State and Zip Code — *MICH 48122*

Telephone Number — *(313) 388-3200*

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.
☐ Other acts *(specify)*: Greivance #'s 29083, 32698, 32699, 32697 32704

BEING GIVEN EXSEve time OFF.
BeIN G Exploited.
SAbtOgING WORK @ MAKiNg FalsestAtemen

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
4-27, 21 5-4 21, 6-4-21, 5-7-21, 6-23-21

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race _____
☒ color _____
☐ gender/sex _____
☐ religion _____
☐ national origin _____
☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☐ disability or perceived disability *(specify disability)*
_____

MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

E.    The facts of my case are as follows. Attach additional pages if needed.

I have also filed with MDCR #611232 Oct 22, 2020

5·4·21 suspended in ERROR that was made 4-8wks prior to my being WRITTEN UP.

I CANt wait 4-8wks to file GRIEVANCE MANAGEMENt waited 4-8wks to write and SUSPEND ME. I filed GRIEVANCE

5·7·21 while ON SUSPENSION. GRIEVANCE meeting was held ON my behalf without me being INFORMED.

(4-27-21) WRITTEN UPP FOR 22 PHS that was done PROPERLY (correctly) MANAGEMNt purposely Neglect to follow procedure to write up

MANAGEMENt made false statement SAYING that I HARASSED co-worker HARASMENt will get you FIRED
I NEED Help.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

6

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

**IV.** **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

3—4 -22 EEOC

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*

_____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

**V.** **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.

Emotional stress. Diagnose with A Adjustment Disorder, Anxiety excessive and persistent worry and fear about everyday situation at work, etc. Doctor info upon Request.

7

MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/26 , 20 22

Signature of Plaintiff _Lewis Stallworth_

Printed Name of Plaintiff _LEWIS Stallworth_

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

**Additional Information:**

I was offered position with this company, I come to work every day, on time. I have EXPERIENCE HARDSHIP.

To my knowledge I have ANSWERD ALL questions Honestly. I would like to be compensated fairly is my only CONCERN.

I have bin written up for ERRORS that WERE collected before being shipped. I have bin written up for false ~~HARA~~ HARASSMENT. HARASSMENT will get you FIRED, MANAGEMNT maid these false statement and ARE NOT bEIN held ACCOUNTAble. I have BIN diagnose from Doctors on Record to have Disorder Adjustment. Because of the stress, ANXiety im EXPERIENCeiNS.

ANY Futher INFO UPON Request.

9



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Detroit Field Office**
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, MI 48226
(313) 226-4600
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

**To:**   Lewis Stallworth
3397 Beatrice
Detroit, MI 48217

**Re:**   Lewis Stallworth v. EVANS DISTRIBUTION SYSTEMS
EEOC Charge Number: 23A-2021-00054

EEOC Representative:                Antoinette Coburn, SLTP

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination:  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue.  If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By:  Michelle Eisele  4/25/2022
Michelle Eisele
District Director

cc:   Evans Distribution Systems
c/o Nicholas Huguelet
200 Talon Center Drive, Suite 200
Detroit, MI 48207

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

# GRIEVANCE REPORT

FILL OUT COMPLETELY - PRINT CLEARLY

## TEAMSTERS LOCAL 337

Nº   32697

**Date of Co. Receipt of Grievance**

6·4·21
**Date of Grievance**

**Received By**

Lewis Stallworl
**Name**

CDW
**Employer**

33052 swallow
**Street**

18765 seaway Dr.
**Address**

Rockwood Mi 48173
**City, State, Zip**

Melvindale Mi
**City, State, Zip**

**Phone No.**          **Email Address**

**Company Phone Number**

7·3·18
**Date of Hire**          **Classification**

**Date Violation Occurred**

14+
**Rate of Pay**

**Date Company Took Action Against Employee**

Kish
**Steward**

**Supervisor**

**Facts of the Case,**
**Article Violated:**

I have hained FoL position 3yrs. Co-worker AND I do Same excatl work I come to work everyday on time DifFeLNT pay (unfair pay unfair treatment.) BeFoL being payed Faily I feel as tho they want to FiRe me FiRst.

**Relief Requested : To be made whole**
TO Be paid Equivalent pay that white ups Removed

**Date Reported to Steward**

Lewis Stallworl
**Signed By**

**How Handled**

Union Copy - White          Company Copy - Yellow



1

I'm filing grievance of discrimination
Harassment, My co-worker and I do, two the
same except work paid different wage.
I've been employed three (3) yrs.
Still to this day, ilott event att 15 dollars.

I've been told because my co-worker
operates the push pack is why to who
there is a pay discrepency between the
two of us. Wich is a decieving fact.

My former co-worker DeJaun Perry
operated the push pack the same as my
co-worker does. Mr. Coffee was given a
gas card for gas expense, Bno gas
card was administered to Mr. Perry for
the same reason.

2

I feel im being discriminated against because of the color of my skin, I have been Exploited, told that I can't be ~~be~~ trusted. If you dont trust me, you dont respect me, if you don't RESPECT ~~trust~~ me, you really don't want me HERE. There for any and EVER possible apportunit. to taken to write me up, discredit me, suspend me. I've been humiliated, called incompetent in front of my peers. Patrick has been disingenuous in statein that I ~~know~~ Harassed my supervisor Armondo into stateing that we had a misunderstanding to avoid a write upp. This was said in front of Numerous witaess's. (Richard, Jim Rich, Denzs, Armondo)

3

There are numerous Manager Misconduct on many levels. Just because your IN the [LEADERSHIPP. POSITION] ~~bosses~~ doesnt mean your always ~~right~~ RHTE. There are rules procedures that must be followed as well. AND they have Not! What disciplinary action is taken for Manager Misconduct. No doubt this has taken place.

Misconduct is wrongful, improper or unlawful conduct. Harassment, Discrimination, Lieng. (For premeditated, intentional purposes)

Lewis Stallworth

# GRIEVANCE REPORT

## FILL OUT COMPLETELY - PRINT CLEARLY

## TEAMSTERS LOCAL 337

**Date of Grievance** 4-27-21

**Date of Co. Receipt of Grievance**

**Received By**

**Name** Lewis Stallworth

**Street** 33052 Swallow

**City, State, Zip** Rockwood Mi 48173

**Phone No.** (313) 978-4204

**Email Address**

**Employer** CDW

**Address** 18765 SEAWAY DR.

**City, State, Zip** MELvINdale Mi

**Company Phone Number**

**Date of Hire**

**Classification**

**Rate of Pay** 14.65

**Steward** Mr. Kish

**Date Violation Occurred** 4-14-21

**Date Company Took Action Against Employee**

**Supervisor**

**Facts of the Case, Article Violated:** I was suspended, 4·14·21 butt told to come to work while co-worker was on vacation. SEE pg.

**Relief Requested** REMOVE WRITE. UP.

**Date Reported to Steward** JES

**Signed By** Lewis Stallworth

**How Handled**

Recv'd 4/27/21 @ 10:25AM

Union Copy - White       Company Copy - Yellow

I Lewis Stallworth am filing this Grievance in dispute of suspension that was given to me on 4-16-21.

April 14, 2021 the ERROR made was on my behalf. I except full responsibility. That day I did Not load the entire load that was to be shipped. 3 plts did Not get loaded. The dock that day was very congested, crowded. However I TRY and learn from my mistakes. What I leaRNEd was, regardless to How crowded it may be thats the time to focus just that much more. The problem comes in where my co-worker was expecting to Vaction 4-19-23 & presently its a 2 man operation.

Rather than making a decision to eliviate the entire situation, and benifit both parties. The decision that was made was to exploit me. Exploitation at the work place was taken. Which was Demeaning, self centerd, selfish. self REWARD.

It was very difficult working under such conditions. I Need my job. I must focus and be PREPARED prepared for all situations on the dock. The action or fact of treating someone unfairly in order to benifit from their work is what took place. I return to work Neit wk. 4-26-21 I feel my contribution to the company has been all but ignored. Unfair pay, unfair treatment.

Rather its (being) a mistake that has been corrected befor being shipped or what, I personally still get wrote upp, Ridiculed, suspended. Like I mentioned I except responsibility for not putting all pallettes on the truck, my error. But the decision, the procedure taken is diffinetly in question. Example Mr. Kish, union Rep. on site identified error(s) for labels that came out the office. Took them back, pointed the error out, the labeles were corrected and everything continued on. No one was demoralized, written upp. Nothing. My personal oppinion if any error can be corrected then befor being shipped shouldn't be held against you. But for me it is. Corrected or not its held against ME.

In closing the decision to have me work under such conditions was improper to say the least. Selfish decision. I really think there was a better solution that could have benifited both parties.

The decision to benefit both parties wasnt EVEN considered. Suspension was taken as a higher priority rather than resolving the issue. Because of the circumstances I think I should be made whole. write up removed.

Stallworth. 4-28-21

№ 32699

# GRIEVANCE REPORT
## FILL OUT COMPLETELY - PRINT CLEARLY
## TEAMSTERS LOCAL 337

**Date of Co. Receipt of Grievance**

5-7-21
**Date of Grievance**

**Received By**

Lewis Stallworth
**Name**

**Employer** CDW

33052 Swallow
**Street**

**Address** 18765 Seaway

Rockwood Mi
**City, State, Zip**

**City, State, Zip** Melvindale Mi

(313) 38 978-4204
**Phone No.**          **Email Address**

**Company Phone Number**

7-18- 7.3.18
**Date of Hire**          **Classification**

**Date Violation Occurred** 6-3-21

14 +
**Rate of Pay**

**Date Company Took Action Against Employee**

B. Jimmy Kish
**Steward**

**Supervisor**

**Facts of the Case, Article Violated:**

I was informed, Friday thru Union Rep. Mr. DENZER that due to Confusion I was Not informed of GREIVANCE meeting, I was absent of the day of GREIVANCE. My job is at stake. I personally spoke with Human Resource Tuesday 6-2-21 The

Requesting Future reference to be informed by proper timing

**Relief Requested : To be made whole**

Lewis Stallworth
**Signed By**

**Date Reported to Steward**

**How Handled**



1

I'm writing this grievance in regards to A grievance meeting held on 6-3-21 (Thursday). I was never informed before during or after.

I spoke with Human Resources Tuesday 6-1-21 on 2 separate occasions. Left mssg's on Wed. Thursday, I was not present for the meeting. I was still serving a suspension given to me on. Thursday 5-27-21 of wich I filed a grievance. I was informed by text mssg from Ms. Denzi. Union Rep. 337 Downtown. It stated sorry for the confusion, It was thought the company had informed ME.

2

I need my job, my job is at stake, I'm in fear of losing my job. Richard, Patrick, Human Resources etc. No one saw to it to inform ME I'm not sure what exactly what took place at the meeting in my absence However the record should show that my absence of was at the behalf of the company. I was never informed. Now the meeting has to be rescheduled and I lose more time at work. Going to work now has become very stressful, uncomfortable and unpredictable. I know I have (unpredictable)

3

to attend work. Being told I can't be trusted, being called incompetent, spoiled, being exploited, over a period of time has started to affect my approach to my everyday work. Its a very negative working environment Hostile ENVIRONMENT. ENVIRONMENT.

Its becoming more, more difficult to prepare for work. Or even attending.
In closing I'm not sure how my not being informed by MNGMENT, Human Resources can take place. someone neglected their duties. This is the fact of my absence
6·3·21
Stillworth

№ 32704

# GRIEVANCE REPORT

## FILL OUT COMPLETELY - PRINT CLEARLY

## TEAMSTERS LOCAL 337

**Date of Co. Receipt of Grievance**

**Date of Grievance**

**Received By**

Name: Lewis Stallworth

Street: 33052 Swallow

City, State, Zip: Rockwood Mi 48173

Phone No.: (313) 978.4704

**Email Address**

Date of Hire: 7/18

**Classification**

Rate of Pay: 14+

Steward: Jim Kish

Employer: CDW

Address: 18765 Seaway Dr.

City, State, Zip: Melvindale, Mi

Company Phone Number: 6·15·21

Date Violation Occurred: 6·18·21

Date Company Took Action Against Employee: Richard

Supervisor:

**Facts of the Case, Article Violated:**

Was given another write upp, without the curtisy of goin thru write upp process. Written up for not scanning 22 plts that went out, Please Read, I did everything I was suppose to, followed intsructions, still wrote up.

**Relief Requested : To be made whole**

Date Reported to Steward: Friday 6·18·21

**Signed By** Lewis Stallworth

**How Handled**

Copys were made, loss to what I was fiver back

Turn In 6/23/2021

Jim Prill Vice President

Union Copy - White          Company Copy - Yellow

29083
32698
32699
32697
32704

611232
EEOC #
23A-2021
0054-C

I Lewis Stallworth am writing this letter of Harassment that I have endured at the work place. I have on Numerous occassions mentioned this in my GREIVANCE(S). The last harassment was 6.15.21 Operations MNGR. Richard, HUZIAK, wrote me up along with STEVE, Butch, explained to me that I dealnt Scan 22 p/k. I have inserted 5 write ups, 5 greivances since I filed Pay Discumination Discrimination, Harrassment charges. The fact of the matter is there are rules and procedure to writing someone up. MNgmat dednot follow procedure.

EEOC# 23A-2021
60054-C

Richard Intentionally, deliberately
Neglected to follow procedure. The result,
ME
was being written up. Had Richard followed
procedure he would have found out what
it took me 10 MIN to fuel out, Intentional
write up. Few months ago I filed
grievance for being exploited at the
work place. I'm being retaliation against.
This write up was false, deliberate
to discredit me. Similar write up
back in April where they said same
thing I didn't scan 7 plts. But
this time I looked into it myself.
Fact of the matter is they made the
mistake. Not ME.

EEOC# 23A·2021
00054-C

Presently I'm on medical leave. Return date is 7·14·21 I'm Not comfortable att all going back to work there.

We had a meeting Jim Kesh (UNION RepONS Mr. Denzer (UNion Rep 337 Downtown Detroit) Patrick Swayne, Richard HUZIAK were all present (WITNES) Patrick offered me a 2 dollar raise if I made the 4 grievances go away. 14.85 at that time 6/17/ day of Meeting (I think) My Responce was 2 dllrs to make grievances go away? Not 2 dollars for my coming to work every day Bustin my tail for the last 3yrs! Patrick No! Lewis you not a good worker.

4

EEOC # 23A-2021 00054-C

I was offended by the offer. if we can call it that. I Refused itt. Then found out my pay had been raised to 16.00 dllks with out acknowledgemnt. Never said a word to me about it. The next day Friday I was Harrass and given write up for the 22pts wrongful write up. Thank God I didnt leave the building like I usuall do after being written up. Richard wasnt expecting me to do what I did. Looking into it mysself. Thats when I went to the doctors and was diagnosed with adjustmnt ADJUSTMEN disorder. (Documented)

EEOC #23-A-2021
00054

It was further explained to me. I cant receive short term disability.

Adjustment Disorder is an emotional or behavioral reaction to a stressful event or change in a persons life. The reaction is considered an unhealthy or excessive ~~response~~ RESPONSE to the event or change within three months of it happening. Grievance meeting was held in my absence. I was suspended. Human Resources, Margaret was full aware I was suspended, Never contacted me until day after (Harassment.)

This meeting was 6-3-21 I was informed by Mr. Denzer Friday morning by text mssg.

# GRIEVANCE REPORT

Nº 32698

**FILL OUT COMPLETELY - PRINT CLEARLY**

## TEAMSTERS LOCAL 337

_____
Date of Co. Receipt of Grievance

5·4·21
_____
**Date of Grievance**

Lewis Stallworth
**Name**

Received By
_____

33052 Swallow
**Street**

Employer    CDW
_____

Address   18765 Seaway DR
_____

Rockwood MI 48123
**City, State, Zip**

City, State, Zip   Melvindale
_____

313) 978·4204
**Phone No.**            **Email Address**

**Company Phone Number**
_____

6·3·18
**Date of Hire**            **Classification**

**Date Violation Occurred**
_____

14.+
**Rate of Pay**

**Date Company Took Action Against Employee**
_____

KvSL
**Steward**

**Supervisor**
_____

**Facts of the Case,**
**Article Violated:**

Suspended for supposedly error that was made 4.8.21
7/8 wk ago. Myself and my co-workers all put away
material. If the descrepancy is so sever we do what
is called in house inventory.

To be removed from record made whole.
**Relief Requested : To be made whole**

_____          _____
**Date Reported to Steward**              **Signed By**

_____
**How Handled**

Union Copy - White          Company Copy - Yellow



I'm writing this grievance in regards to A grievance meeting held on 6-3-21(Thursday). I was Never informed befor during or after.

I spoke with Human Resources Tuesday 6-1-21 on 2 seperate occassions. Left msg's on Wed. Thursday, I was Not present for the meeting. I was still serving a suspenscion given to me on Thursday 5-27-21 of wich I filed a grievance. I was informed by text msg from Ms. Denzys. Union Rep. 337 Downtown. It stated sorry for the confuscion, It was thought the company had informed ME.

I need my job, my job is at stake, I'm in fear of losing my job. Richard, Patrick, Human Resources etc. No one saw to it to inform ME. I'm not sure what exactly, what took place at the meeting in my absence. However the record should show that my absence was at the behalf of the company, I was never informed. Now the meeting has to be rescheduled and I lose more time at work. Going to work now has become very stressful, uncomfortable and unpredictable. I know I have (unpredictable)

3

to attend work. Being told I can't be trusted, being called incompetent, spoiled, being exploited, over a period of time has started to affect my approach to my everyday work. Its a very negative working environment Hostile ENVIRONMENT. ENVIRONMENT.

Its becoming more, more difficult to prepare for work. Or even attending.
In closing I'm not sure how my not being informed by MNGMENT, Human Resources can take place. someone neglected there staff duties. This is the fact of my absence

6·3·21                                    Stillworth

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

County in which action arose: _____

## I. (a) PLAINTIFFS
LEWIS Stallworth

## DEFENDANTS
EVANS DISTRIbution

**(b)** County of Residence of First Listed Plaintiff  WAYNE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product  Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &  Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander  Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine  Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product  Liability | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | **SOCIAL SECURITY** | Protection Act |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal  Property Damage | Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | ☐ 362 Personal Injury -  Product Liability | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment   ☐ 510 Motions to Vacate | | or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/  Sentence | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | 26 USC 7609 | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other   ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:   DISCRIMINATION, HARASSMENT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $  EQUAL PAY

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER MDCR# 611232

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.           Is this a case that has been previously dismissed?      ☐ Yes

                                                                  ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.           Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☒ Yes      ☐ No

If yes, give the following information:

Court: _____

Case No.: MOCR # 611232 _____

Judge: _____

Notes :

_____

I have had very difficult time at my work place I have a witness to my grievances.

My goal was to attend work have a safe honest days work, Paid fairly. This position was offered to ME. I have fulfilled my obligations However have NOT been paid fairly.